IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 15-cv-00955-CMA-MJW

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ZEN MAGNETS, LLC, and
SHIHAN QU,

    Defendants.

---

## ORDER DENYING DEFENDANTS' MOTION TO RECONSIDER THE COURT'S ORDER ENTERED ON JUNE 11, 2015

---

This matter is before the Court on Defendants' Motion to Reconsider the Court's Order Entered on June 11, 2015 and Response to the United States' Motion to Preserve the Preliminary Injunction Until the Case is Decided on the Merits (Doc. # 19.)

Defendants request that that the Court reconsider its Order extending the Preliminary Injunction until the instant case is decided on the merits.  In support, Defendants note that D.C.Colo.L.Civ.R. 7.1(d) allows for 21 days for a respond to a Motion, and "Defendants were not made aware that the Court would only wait until June 10, 2015 to receive a response; otherwise certainly they would have filed one pursuant to any Court Order."  (Doc. # 19 at 2.)  D.C.Colo.L.Civ.R. 7.1(d) also provides, however, that "[n]othing in this rule precludes a judicial officer from ruling on a motion at any time

after it is filed." Additionally, although Defendants concede it would have been "logical" that the Court would need to "receive" any response prior to the expiration of the Preliminary Injunction on June 13, 2015 (Doc. # 19 at 2), and thus were aware that time was of the essence, they filed no response as of June 11, 2015. Indeed, the Court not only needed to "receive" a response, but also to review that response, conduct research, and draft an Order.

Nevertheless, the Court has reviewed Defendants' Motion for Reconsideration. Defendants' Motion merely reiterates the same arguments Defendants made in opposition to the original request for a Preliminary Injunction, which the Court has already considered. As such, Defendants' Motion is hereby DENIED.

DATED: June 18, 2015

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge