IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  15-cv-00955-CMA-MJW

UNITED STATES OF AMERICA,

Plaintiff,

v.

ZEN MAGNETS, LLC, and
SHIHAN QU,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

  It is hereby ORDERED that the Joint Motion to Stay Discovery Pending Resolution of Motion for Summary Judgment (Docket No. 22) is GRANTED, based upon: the parties' consensus, this court's own weighing of the factors set forth in *String Cheese Incident, LLC v. Stylus Shows, Inc.*, 2006 WL 894955, *2 (D. Colo. Mar. 30, 2006), and particularly the preliminary injunction protecting the interests of nonparties and the public (Docket Nos. 12, 18 & 21).

  It is further ORDERED that:

- All proceedings in this case are STAYED pending Judge Arguello's resolution of the pending motion for summary judgment (Docket No. 20);

- The Scheduling Conference set for July 13, 2015, at 2:00 p.m. is VACATED; and

- The parties are DIRECTED to file a status report on the need for further proceedings and the propriety of lifting the stay no later than the earlier of (1) 14 days following Judge Arguello's order resolving the motion for summary judgment, or (2) December 15, 2015.

Date: July 8, 2015