# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00955-CMA-MJW

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ZEN MAGNETS, LLC, and
SHIHAN QU,

    Defendants.

## NOTICE OF ENTRY OF APPEARANCE

    To:    The Clerk of Court and all parties of record

I hereby certify, pursuant to D.C.COLO.LAttyR 5(a)(2)(3), that I am a member in good standing of the bar of this court, and I appear in this case as counsel for plaintiff. Please include undersigned counsel on all future correspondence, notices and pleadings in this case.

    DATED July 31, 2015.

    JOHN F. WALSH
    United States Attorney

    *s/Jacob Licht-Steenfat*
    Jacob Licht-Steenfat
    Assistant United States Attorney
    1225 Seventeenth Street, Suite 700
    Denver, Colorado 80202
    Telephone: (303) 454-0100
    Fax: (303) 454-0404
    E-mail: jacob.licht-steenfat@usdoj.gov
    Counsel for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on July 31, 2015, I electronically filed the foregoing document with the Clerk of Court for the United States District Court, District of Colorado using the ECF system. Participants who are registered CM/ECF users will be served by the CM/ECF system.

David C. Japha
Djapha4064@aol.com


And I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant(s) in the manner (mail, hand delivery, etc.) indicated by the nonparticipant's name:

None


*s/ Jacob Licht-Steenfat*
U.S. Attorney's Office