**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 15-cv-00955-CMA-MJW

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ZEN MAGNETS, LLC, and
SHIHAN QU,

    Defendants.

_____

**JOINT STATUS REPORT**
_____

The parties respectfully report that the United States' motion for summary judgment remains pending and jointly request that the stay of discovery remain in effect until that motion is decided.

On May 5, 2015, the United States filed its complaint and a motion for a preliminary injunction.  (Docs. 1-2).  On May 14, 2015, the Court granted in part the United States' motion for a preliminary injunction and preliminarily enjoined Defendants from directly or indirectly selling, offering for sale, or distributing in commerce the magnets that are at issue in this litigation.  (Doc. 12).  On June 11, 2015, this Court extended the Order of preliminary injunction until this case is decided on the merits.  (Doc. 18).  On June 12, 2015, Defendants filed a motion to reconsider the latter.  (Doc. 19).  On June 18, 2015, the Court denied the Defendants' motion for reconsideration.  (Doc. 21).

On July 8, 2015, the Court granted the parties' jointly filed motion to stay discovery

pending resolution of the motion for summary judgment.  (Docs. 22, 27).  The Court directed the parties "to file a status report on the need for further proceedings and the propriety of lifting the stay no later than the earlier of (1) 14 days following Judge Arguello's order resolving the motion for summary judgment, or (2) December 15, 2015." (Doc. 27).

The United States' motion for summary judgment has been pending since July 22, 2015.  The United States filed its motion for summary judgment on June 12, 2015, the Defendants filed their opposition on July 8, 2015, and the United States filed its reply on July 22, 2015.  (Docs. 20, 28, 29).  If the motion for summary judgment is granted, liability will be determined and the only remaining issue for the Court will be the appropriate amount of civil penalties to assess – an issue that would require limited discovery.  If the motion for summary judgment is denied, the issue of liability will be determined by trial to a jury – in which case the scope of discovery will be much broader.

The parties have conferred and continue to agree that it is in the parties' interest to continue the stay of discovery pending resolution of the motion for summary judgment. The legal justification for a stay of discovery and the factors regarding such a continued stay that were articulated in the parties' joint motion remain the same.  (Doc. 22).  For these reasons, the parties respectfully request that the Court continue to stay discovery pending resolution of the motion for summary judgment.

Dated: December 12, 2015

| | |
|---|---|
| BENJAMIN C. MIZER<br>Principal Deputy Assistant Attorney General<br>Civil Division | *s/ David C. Japha*<br>David C. Japha<br>950 S. Cherry Street, Ste. 912<br>Denver, Colorado 80246<br>Telephone: (303) 964-9500 |
| JONATHAN F. OLIN<br>Deputy Assistant Attorney General | Fax: (866) 260-7454<br>Email: davidjapha@japhalaw.com<br>Counsel for Defendants |

MICHAEL S. BLUME
Director
Consumer Protection Branch

JILL FURMAN
Deputy Director

*s/ Patrick Jasperse*
PATRICK JASPERSE
Trial Attorney
Consumer Protection Branch
U.S. Department of Justice
P.O. Box 386
Washington, DC 20044
Telephone: (202) 616-0509
Fax: (202) 514-8742
Email: patrick.jasperse@usdoj.gov

JOHN WALSH
United States Attorney

*s/ Jacob Licht-Steenfat*
JACOB LICHT-STEENFAT
Assistant U.S. Attorney
United States Attorney's Office
1225 17th Street, Suite 700
Denver, CO 80202
Telephone: (303) 454-0308
Fax: (303) 454-0100
Email: jacob.licht-steenfat@usdoj.gov
Counsel for the United States

## CERTIFICATE OF SERVICE

I hereby certify that on December 12, 2015 I electronically filed the foregoing with the Clerk of the Court using the CMF/ECF system which will send notification of such filing to the following email address:

David C. Japha, Attorney for the Defendants
davidjapha@japhalaw.com

                                  *s/ Patrick Jasperse*
                                  PATRICK JASPERSE
                                  Trial Attorney
                                  Consumer Protection Branch
                                  U.S. Department of Justice
                                  P.O. Box 386
                                  Washington, DC 20044
                                  Telephone: (202) 616-0509
                                  Fax: (202) 514-8742
                                  Email: patrick.jasperse@usdoj.gov